# UNITED STATES DISTRICT COURT
## District of Minnesota

Luis Angel Zamora Huerta,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-915 JRT/LIB

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court finds that Respondents violated the Court's Order 6 by failing to release Petitioner within 48 hours. The Petitioner was supposed to be released by 2:35 p.m. on February 6, 2026. Instead, Petitioner was released three days later, on February 9, 2026. Despite Respondents' violation, the Court declines to impose any sanctions at this time. This matter can be closed.

Date: 2/10/2026

KATE M. FOGARTY, CLERK